THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LOUIS APPELBAUM, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN A. LA BORDE, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ROBERT C. LA BORDE, Respondent.

Argued October 12, 1950; decided October 20, 1950.

*Miles F. McDonald, District Attorney* (*William I. Siegel* of counsel), for appellant.

*George J. Rudnick* for Louis Appelbaum, respondent.

*Sol Gelb, Hyman I. Fischbach* and *Harris B. Steinberg* for John A. La Borde and another, respondents.

Orders affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.